909 A.2d 723

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. ALEXANDRO RAMOS, DEFENDANT–PETITIONER.

October 20, 2006.

ORDERED that the petition for certification is granted, limited solely to the issue of defendant's five-year sentence for his violation of probation in respect of his third-degree burglary conviction; and it is further

ORDERED that the matter is summarily remanded to the Law Division for resentencing on that conviction in light of *State v. Natale,* 184 *N.J.* 458, 878 *A.*2d 724 (2005).